# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN FERNANDEZ,

    Plaintiff,

v.

ISIDRO BACA et al.,

    Defendants.

3:16-cv-00350-RCJ-WGC

**ORDER**

## I. DISCUSSION

On April 18, 2017, the Court denied Plaintiff's application to proceed *in forma pauperis* because the Court found that Plaintiff had three strikes pursuant to 28 U.S.C. § 1915(g). (ECF No. 3 at 1-2). The Court directed Plaintiff to pay the full filing fee within thirty (30) days of that order and warned that failure to comply would result in dismissal without prejudice. (*Id.* at 2).

In response, Plaintiff has filed a motion to extend time to pay the filing fee. (ECF No. 4 at 1). Plaintiff intends to file a motion for reconsideration because the cases cited to by the district court are not strikes. (*Id.*) Specifically, Plaintiff seeks an enlargement of time for thirty (30) days past the resolution of his motion for reconsideration. (*Id.*) The Court grants Plaintiff's motion for an extension of time in part. Plaintiff shall either pay the full filing fee for this case or file his motion for reconsideration on or before Friday, June 2, 2017.

The Court further grants Plaintiff's motion for a copy of the order that the district court held was a strike in case 3:13-cv-412-MMD-VPC. (ECF No. 5).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted in part. On or before Friday, June 2, 2017, Plaintiff shall either: (1) pay the full $400 filing fee for a civil action, or (2) file a motion for reconsideration. If Plaintiff files

a motion for reconsideration, the Court shall issue a decision on the motion and identify any further deadlines regarding the filing fee.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that the motion for a copy of an order (ECF No. 5) is granted. The Clerk of the Court shall send Plaintiff a courtesy copy of ECF No. 3 in *Fernandez v. Bannister*, 3:13-cv-00412-MMD-VPC.

DATED: May 1, 2017.

_____
United States Magistrate Judge