**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN FERNANDEZ,

    Plaintiff,

  v.

ISIDRO BACA et al.,

    Defendants.

3:16-cv-00350-RCJ-WGC

**ORDER**

**I. DISCUSSION**

The Court grants Plaintiff's motion for an enlargement of time to file his first amended complaint. (ECF No. 20). Plaintiff shall file his first amended complaint on or before Friday, April 27, 2018. If Plaintiff chooses not to file a first amended complaint, this case will proceed on Count III only. (*See* ECF No. 19 at 9).

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 20) is granted.

IT IS FURTHER ORDERED that on or before Friday, April 27, 2018 Plaintiff shall file his first amended complaint.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file a first amended complaint, this case will proceed on Count III only.

DATED: March 13, 2018.

_____
United States Magistrate Judge