```
 1  ADAM PAUL LAXALT
       Attorney General
 2  ERIN L. ALBRIGHT, Bar No. 9953
       Deputy Attorney General
 3  State of Nevada
    Bureau of Litigation
 4  Public Safety Division
    100 N. Carson St.
 5  Carson City, NV  89701-4717
    Tel: 775-684-1257
 6  E-Mail: ealbright@ag.nv.gov

 7  *Attorneys for Defendants*
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEVIN FERNANDEZ, | Case No.: 3:16-cv-00350-RCJ-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (FIRST REQUEST)** |
| v. | |
| ISIDRO BACA, et al., | |
| Defendants. | |

Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks. The extra time requested is to allow time for Plaintiff to review the revised settlement documents in New Hampshire and return them to his counsel in Nevada who will then forward the documents to the undersigned.

///
///
///
///
///
///
///
///

1

DATED this 6 day of August, 2018.

PLAINTIFF, KEVIN FERNANDEZ

By: _____
Joseph Reiff, Esq.
Representing, Plaintiff, Kevin Fernandez

DATED this 7th day of August, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE
DATED   August 9, 2018

2