ADAM PAUL LAXALT
   Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
   Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-Mail: ealbright@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ, | Case No.: 3:16-cv-00350-RCJ-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (SECOND REQUEST)** |
| v. | |
| ISIDRO BACA, et al., | |
| Defendants. | |

    Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Kevin Fernandez, by and through his counsel of record, Joseph Reiff, Esq., hereby stipulate to extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

    On September 18, 2018, defense counsel provided plaintiff's counsel with the revised settlement agreement that reflected the majority of the changes requested by Plaintiff. On the same date, plaintiff's counsel provided the settlement agreement to the New Hampshire prison for delivery to Plaintiff.

    To date, the New Hampshire prison has failed to provide the revised settlement agreement to Plaintiff for his review and signature. The extra time requested because the prison in New Hampshire is to allow time for Plaintiff to review the revised settlement documents in New Hampshire and return them to his counsel in Nevada who will then forward the documents to the undersigned.

///

///

///

1

Based on the foregoing, the parties respectfully request this Court extend the time to file the Stipulation and Order of Dismissal with Prejudice by four (4) weeks.

| DATED this 27th day of September, 2018. | DATED this 27th day of September, 2018. |
|---|---|
| PLAINTIFF, KEVIN FERNANDEZ | OFFICE OF THE ATTORNEY GENERAL |
| By: /s/ Joseph Reiff<br>Joseph Reiff, Esq.<br>Representing, Plaintiff, Kevin Fernandez | By: *[signature]*<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

**IT IS SO ORDERED**

*[signature]*
UNITED STATES MAGISTRATE JUDGE

**DATED** September 28, 2018