| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
| | Attorney General |
| 2 | ERIN L. ALBRIGHT, Bar No. 9953 |
| | Deputy Attorney General |
| 3 | State of Nevada |
| | Bureau of Litigation |
| 4 | Public Safety Division |
| | 100 N. Carson St. |
| 5 | Carson City, NV 89701-4717 |
| | Tel: 775-684-1257 |
| 6 | E-Mail: ealbright@ag.nv.gov |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| KEVIN FERNANDEZ, | Case No.: 3:16-cv-00350-RCJ-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ISIDRO BACA, et al., | |
| Defendants. | |

Plaintiff, Kevin Fernandez, by and through counsel of record, Joseph P. Reiff, Esq., and Defendants by and through its counsel of record, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

///
///
///
///
///
///

1

| 1 | DATED this 3rd day of December, 2018. | DATED this 3rd day of December, 2018. |
|---|---|---|
| 2 | | OFFICE OF THE ATTORNEY GENERAL |
| 3 | | |
| 4 | By: /s/ Joseph P. Reiff | By: *[signature]* |
| 5 | Joseph P. Reiff, Esq.<br>Attorney for Plaintiff | Erin L. Albright, SBN 9953<br>100 N. Carson Street |
| 6 | | Carson City, NV 89701<br>(775) 684-1257 |
| 7 | | ealbright@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORDERED

*[signature]*

U.S. DISTRICT JUDGE

DATED December 4, 2018

**CERTIFICATE OF SERVICE**

I certify I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of December, 2018, I caused to be deposited for mailing a copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, addressed as follows:

Kevin Fernandez #110185
New Hampshire State Prison
P.O. Box 14
Concord, NH 03302

Joseph P. Reiff
Attorney at Law
3001 E. Charleston, Suite A
Las Vegas, NV 89104
jrlvlaw@yahoo.com

/s/ Laurel Penny
An employee of the
Office of the Attorney General